**2007–1787.  State v. Bailey.**
Hamilton App. No. C–060918. Discretionary appeal accepted; cause held for the decision in 2007–0052, *State v. Simpkins*, Cuyahoga App. No. 87692, 2006-Ohio-6028; and briefing schedule stayed.

O'DONNELL and LANZINGER, JJ., would accept the appeal on Proposition of Law No. I only.

O'CONNOR, J., would consolidate the appeal with 2007–1415, *State v. Mosmeyer,* Hamilton App. No. C–060747.

PFEIFER, J., dissents.